## Coastal Savings Bank *v.* Eastern Connecticut Development Company et al.
### (10567)

Dupont, C. J., Foti and Lavery, Js.
Argued March 30—decision released April 14, 1992

*B. Paul Kaplan,* for the appellant (named defendant).

*Joseph A. Cipparone,* with whom, on the brief, was *Meredith E. Russell,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.

## Margaret A. Gagan *v.* Joseph L. Gagan
### (10390)

O'Connell, Norcott and Freedman, Js.
Argued March 25—decision released April 14, 1992

*Joseph Gagan,* pro se, the appellant (defendant).

*Margaret Ann Gagan,* pro se, the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.